UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

JENNIFER ROWE,

    Plaintiff,

v.

ACCOUNT LIQUIDATION
SERVICES, INC.,

    Defendant.                             No. 16-cv-436-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on June 30, 2016(Doc. 60), this case is **DISMISSED** with prejudice.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:    /s/*Caitlin Fischer*
          **Deputy Clerk**

Dated:  July 1, 2016

Digitally signed by
Judge David R. Herndon
Date: 2016.07.01
12:39:13 -05'00'

APPROVED:
    U. S. DISTRICT JUDGE